IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
FLORENCE KARAHUTA,                    )
                                      )  Civil Action
              Plaintiff               )  No.  06-CV-04902
                                      )
       vs.                            )
                                      )
BOARDWALK REGENCY CORPORATION         )
trading as CAESARS ATLANTIC CITY;     )
and CAESARS ATLANTIC CITY,            )
                                      )
              Defendants              )
```

O R D E R

NOW, this 7th day of August, 2007, upon consideration of Defendant Boardwalk Regency Corporation's Motion for Change of Venue, which motion was filed on April 4, 2007; upon consideration of Plaintiff Florence Karahuta's Motion in Opposition to Change in Venue, which opposition was filed on April 17, 2007;[1] upon consideration of Defendant Boardwalk Regency Corporation's Motion to Amend Previous Motion for Change of Venue, which motion was filed on May 5, 2007;[2] upon consideration of Plaintiff Florence Karahuta's Response to Defendant's Motion to Amend its Motion to Change Venue, which response was filed on May 21, 2007; upon consideration of

---

[1] Plaintiff's motion in opposition is actually a responsive brief to defendant's motion for change of venue.  Therefore, I considered it as a response to defendant's motion for change of venue instead of as a separate motion.

[2] By separate Order dated June 15, 2007 I granted Defendant Boardwalk Regency Corporation's Motion to Amend Previous Motion for Change of Venue.  I reference it here because the motion to amend incorporated the arguments contained in Defendant Boardwalk Regency Corporation's Motion for Change of Venue and provided some argument in support of a transfer of this matter to the United States District Court for the District of New Jersey.

the briefs of the parties; and for the reasons expressed in the accompanying Memorandum,

      <u>IT IS ORDERED</u> that defendant's motion for change of venue, as amended, is denied.

                                   BY THE COURT:

                                   /s/ JAMES KNOLL GARDNER
                                   James Knoll Gardner
                                   United States District Judge